In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-16-00407-CV

_____

**JEREMIAH GUNTER, Appellant**

**V.**

**ORANGE COUNTY, TEXAS, AND KEITH MERRITT, Appellees**

**On Appeal from the 260th District Court**
**Orange County, Texas**
**Trial Cause No. D140114-C**

**MEMORANDUM OPINION**

The appellant, Jeremiah Gunter, and the appellees, Orange County, Texas, and Keith Merritt, filed a joint motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(2). We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

1

Submitted on January 18, 2017
Opinion Delivered January 19, 2017

Before Kreger, Horton, and Johnson, JJ.